UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

My'Asha Roundtree,

           Plaintiff,

-against-

City of New York et al.,

           Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/17/2021

1:21-cv-10576 (AJN) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Any opposition to Defendant City of New York's Letter Motion (ECF No. 8), dated December 16, 2021, shall be filed no later than December 28, 2021, and any reply shall be filed no later than December 31, 2021. The deadline to respond to the Complaint is hereby extended to January 14, 2022.

Counsel for Defendant is hereby Ordered to serve a copy of this Order on Plaintiff. Counsel for Plaintiff shall file a Notice of Appearance in this action no later than December 27, 2021.

**SO ORDERED.**

DATED:    New York, New York
             December 17, 2021

_____
STEWART D. AARON
United States Magistrate Judge