UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

My'Asha Roundtree,

        Plaintiff,

-against-

City of New York et al.,

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/14/2022

1:21-cv-10576 (AJN) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

    Pending before the Court is a Letter Motion by Plaintiff My'Asha Roundtree requesting the Court to order Defendants City of New York ("City") and Concourse House Development Fund Company, Inc. ("Concourse House") to identify the five Doe Defendants named in the Complaint by a reasonable date prior to February 1, 2022. (*See* ECF No. 14.) Defendant Concourse House subsequently identified one Doe Defendant named in the Complaint as "Concourse House Security Officer Jane Doe" and, as such, Plaintiff withdrew the portion of her motion relating to Concourse House. (*See* ECF No. 22). Defendant City opposed the remaining portion of Plaintiff's motion requesting the City to identify the other four Doe Defendants named in the Complaint as NYPD Officers John/Jane Doe 1-4. (*See* ECF Nos. 23, 1-1.) Upon consideration of the matter and the parties' submissions, Plaintiff's motion as to the City is GRANTED. *See Azbel-Bedell v. City of New York et al.*, No. 21-cv-04961 (FB) (CLP), ECF No. 17 (E.D.N.Y. Nov. 30, 2021). Defendant City is ordered to provide Plaintiff with the identities of NYPD Officers John/Jane Doe 1-4 no later than Friday, January 21, 2022.

    The Clerk of Court is respectfully requested to terminate the gavel at ECF No. 23.

**SO ORDERED.**

Dated:    New York, New York
          January 14, 2022

_____
STEWART D. AARON
United States Magistrate Judge

2