Revised: April 22, 2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

My'Asha Roundtree

                       Plaintiff(s),    :  No. 21-cv-10576 (AJN) (SDA)

        -against-

City of New York, et al.

                       Defendant(s).

-------------------------------------------------------------x

### REPORT OF RULE 26(f) MEETING AND PROPOSED CASE MANAGEMENT PLAN

In accordance with Federal Rule of Civil Procedure 26(f), counsel for the parties spoke on Jan. 27, 2022 and exchanged communications thereafter, and submit the following report of their meeting for the court's consideration:

1. **Summary of Claims, Defenses, and Relevant Issues**

**Plaintiff:**
False arrest/imprisonment, trespass, and related Monell federal civil rights claims as well as false arrest/imprisonment and negligent training and supervision under New York State law.

**Defendant:**
Cross-Claims: Concourse House Development Fund and Concourse House Security Officer Jane Doe, Indemnification and Contribution.
Defenses: There was probable cause and/or exigent circumstances for the entry into plaintiff's apartment; Plaintiff's conduct in whole or in part contributed or caused her injuries or damages; The individual police officer defendants are entitled to qualified immunity from liability; and the Complaint fails to state a claim for Monell liability against the City of New York.

2. **Basis of Subject Matter Jurisdiction:** 28 USC 1441 (removal); 28 USC 1331 (subject matter)

Revised: April 22, 2021

3. **Subjects on Which Discovery May Be Needed**

<u>Plaintiff:</u>
Disovery into the iCard, Defendants' attempts to execute the iCard, related criminal records, and related NYPD and Concourse House policies, practices, and procedures.

<u>Defendant:</u>
Defendant City seeks discovery of plaintiff's medical and mental health records, documents/agreements between plaintiff and DHS authorizing entry and access into her apartment, documents regarding any of plaintiff's prior interactions with NYPD.

4. **Initial Disclosures**

The information required by Rule 26(a)(1) of the Federal Rules of Civil Procedure was disclosed by Plaintiff(s) on March 3, 2022. In addition, on March 3, 2022, Plaintiff(s) produced/will produce an initial set of relevant documents identified in its Initial Disclosures and will continue to supplement its production.

The information required by Rule 26(a)(1) of the Federal Rules of Civil Procedure was disclosed by Defendant(s) on March 3, 2022. In addition, on March 3, 2022, Defendant(s) produced/will produce an initial set of relevant documents identified in its Initial Disclosures and will continue to supplement its production.

5. **Formal Discovery**

The parties jointly propose to the Court the following discovery plan:

a. All fact discovery must be completed by 8/17/22.

b. The parties are to conduct discovery in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Southern District of New York. The following interim deadlines may be extended by the parties on consent without application to the Court,

2

*Revised: April 22, 2021*

provided that the parties meet the deadline for completing fact discovery set forth in 5(a) above.

    i.    <u>Depositions</u>: Depositions shall be completed by <u>8/17/22</u> and limited to no more than <u>10</u> depositions per party. Absent an agreement between the parties or an order from the Court, non-party depositions shall follow initial party depositions.

    ii.    <u>Interrogatories</u>: Initial sets of interrogatories shall be served on or before <u>3/21/22</u>. All subsequent interrogatories must be served no later than 30 days before the discovery deadline.

    iii.    <u>Requests for Admission</u>: Requests for admission must be served on or before <u>6/21/22</u>.

    iv.    <u>Requests for Production</u>: Initial requests for production were/will be exchanged on <u>3/21/22</u> and responses shall be due on <u>4/20/2022</u>. All subsequent requests for production must be served no later than 30 days before the discovery deadline.

    v.    <u>Supplementation</u>: Supplementations under Rule 26(e) must be made within a reasonable period of time after discovery of such information.

6. **Anticipated Discovery Disputes**

Are there any anticipated discovery disputes? Does either party seek limitations on discovery? Describe.

<u>Defendant City may seek to limit Monell-related discovery and/or seek bifurcation of Monell.</u>

7. **Amendments to Pleadings**

    a.    Are there any amendments to pleadings anticipated? <u>Potentially</u>

    b.    Last date to amend the Complaint: <u>May 31, 2022</u>

*Revised: April 22, 2021*

8. **Expert Witness Disclosures**

At this time, the parties do / ~~do not~~ (circle one) anticipate utilizing experts. Expert discovery shall be completed by _____.

9. **Electronic Discovery and Preservation of Documents and Information**

    a. Have the parties discussed electronic discovery? Yes _____

    b. Is there an electronic discovery protocol in place? If not, when the parties except to have one in place? No. Parties expect to have one in place by May 21, 2022

    c. Do the parties want the Court to enter a Rule 502(d) Order? (*see* Rule 502(d) Order)

    Yes _____     No __X__

    d. Are there issues the parties would like to address concerning preservation of evidence and/or electronic discovery at the Initial Case Management Conference?
    No

10. **Anticipated Motions**

    No early motions. Summary judgment only

11. **Early Settlement or Resolution**

The parties ~~have~~ / have not (circle one) discussed the possibility of settlement. The parties request a settlement conference by no later than May 16, 2022 _____. The following information is needed before settlement can be discussed:

    Policy discovery from both City and Concourse House

12. **Trial**

    a. The parties anticipate that this case will be ready for trial by 11/17/22 _____.

4

*Revised: April 22, 2021*

b.  The parties anticipate that the trial of this case will require  3-5  days.

c.  The parties do, (do not) (circle one) consent to a trial before a Magistrate Judge at this time.

d.  The parties request a (jury)/bench (circle one) trial.

13. **Other Matters**

_____
_____
_____

Respectfully submitted this  10th  day of  February  .

ATTORNEYS FOR PLAINTIFF(S):

*Michael A. Thomas*
_____

ATTORNEYS FOR DEFENDANT(S):

_____
Concourse House Development Fund Company


ATTORNEY FOR DEFENDANTS


*KellyAnne Holohan*
_____
City of New York

5