UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

My'Asha Roundtree,

                Plaintiff,

-against-

City of New York et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/03/2022

1:21-cv-10576 (AJN) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

On September 16, 2022, the parties shall file a joint letter regarding the status of settlement discussions and the status of discovery in advance of the October 17, 2022 deadline for completion of fact discovery.

**SO ORDERED.**

Dated:    New York, New York
            August 3, 2022

_____
STEWART D. AARON
United States Magistrate Judge